IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00388-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COREY LAMONT HERRON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion, (Doc. No. 29), requesting that the Court order the government to file motion for reduction of sentence, pursuant to Federal Rule of Criminal Procedure 35.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion within thirty (30) days of the entry of this Order.

Signed: September 1, 2015

Robert J. Conrad, Jr.
United States District Judge