IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00388-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| COREY LAMONT HERRON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion to compel the government to file a Rule 35 sentence reduction motion, (Doc. No. 29), and the government's response and motion to seal, (Doc. No. 32).

The defendant asserts that the government must file a Rule 35 motion in recognition of his assistance to law enforcement within a year of his sentencing date. (Doc. No. 29: Motion at 2). The government correctly responds that Rule 35 does not require a motion within a one year period and that the prosecution of targets named in the defendant's motion is not complete. (Doc. No. 32: Response at 1). Additionally, the government requests that the Court place the motion under seal because it references the details of the defendant's cooperation. (<u>Id.</u>).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 29), is **DENIED**.

**IT IS FURTHER ORDERED** that the defendant's motion be placed under seal pending further order of the Court.

Signed: September 14, 2015

Robert J. Conrad, Jr.
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.