Robert J. Conrad
U.S District Judge


Corey Herron 13812-058

Honorable Justice Conrad

I am writting you regarding a motion (Rule 35) filed on my behalf November 17 2016 by the United States Assistant Attorney R. Kauffman. This letter is in no way a grievance against the federal court or the prosecution, due to the absents in correspondance with my lawyer Edward Seltzer, who promised to stay on top of the situation at my sentencing is the reason I am following up on the status of the motion filed. I will also like to thank the courts and the prosecution for helping in every way that you have. My family and I are very grateful for your time

most humbly

Corey Herron

